UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>$50,000 IN UNITED STATES CURRENCY,<br><br>　　　　　Defendant. | Case No. 16-cv-00132-JSW<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Plaintiff filed this case for forfeiture on January 8, 2016. On January 11, 2016, the Court issued a Clerk's Notice setting a status conference for April 8, 2016 and directed the parties to file a joint status report by March 25, 2016. There has been no activity in this case since February 11, 2016, when the Plaintiff filed a notice of publication.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for lack of prosecution and for failure to comply with the directive to submit a status report on March 25, 2016. **Plaintiff's response to this Order to Show Cause shall be due by 3:00 p.m. on April 7, 2016. Unless the Court vacates the status conference, Plaintiff, through counsel, is expected to appear on April 8, 2016 at 11:00 a.m.**

　　　　**IT IS SO ORDERED.**

Dated: April 5, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge