UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>$50,000 IN UNITED STATES CURRENCY,<br><br>            Defendant. | Case No.  16-cv-00132-JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND CONTINUING STATUS CONFERENCE** |

The Court has received and considered Plaintiff's response to the Order to Show Cause. The Court shall discharge the Order to Show Cause without imposing any form of sanctions. The Court shall continue the status conference, but it admonishes counsel that any requests to continue in the future shall be made by way of a motion or stipulation.

The Court CONTINUES the status conference set for April 8, 2016 to June 3, 2016.  If Plaintiff files a motion for default judgment before that date, the Court shall vacate the status conference.  Otherwise, Plaintiff shall file an updated status conference statement, or a request to continue the matter in the form set forth in the previous paragraph, on or before May 27, 2016.

**IT IS SO ORDERED.**

Dated:  April 7, 2016

_____
JEFFREY S. WHITE
United States District Judge