UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>$50,000 IN UNITED STATES CURRENCY,<br><br>             Defendant. | Case No.  16-cv-00132-JSW<br><br>**ORDER DIRECTING GOVERNMENT TO SERVE REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 19 |

On April 27, 2016, Magistrate Judge Corley issued a report and recommendation in which she recommended that the Court grant Plaintiff's motion for default judgment. Although the potential claimant has not appeared, the record demonstrates she was represented by counsel.

Accordingly, it is HEREBY ORDERED that the Plaintiff shall serve a copy of the Report and Recommendation on claimant's counsel and shall file proof of service with the Court. If Claimant objects to the report and recommendation, she must file any such objections within fourteen days of service of the Report and Recommendation.

**IT IS SO ORDERED.**

Dated: May 31, 2016

_____
JEFFREY S. WHITE
United States District Judge